# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WESLEY YOAKUM**
**and BRANDON GIBBONS**                                                                    **PLAINTIFFS**

v.                          Case No. 4:20-cv-00023 KGB

**ABB MOTORS and MECHANICAL, INC.**                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal without prejudice as to separate plaintiff Brandon Gibbons only (Dkt. No. 5). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed without prejudice as to separate plaintiff Brandon Gibbons only.

It is so ordered this 30th day of July, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge