IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WESLEY YOAKUM, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 4:20-cv-23-JJV

**ABB MOTORS AND MECHANICAL, INC.**            **DEFENDANT**

## JOINT REPORT ON DISBURSEMENTS

COME NOW Plaintiff Wesley Yoakum, individually and on behalf of all others similarly situated, and Defendant ABB Motors and Mechanical Inc ("ABB" or "Defendant"), by and through their undersigned counsel, and for their Joint Report on Disbursements hereby state as follows:

1. The parties reached an agreement to settle this case, and this Court approved the parties' settlement agreement in its order on December 2, 2020, ECF No. 24, in which it also ordered the parties to provide this Joint Report.

2. The original due date for payments under the Parties' settlement agreement was January 15, 2021.

3. On December 10, 2020, the Claims Administrator notified counsel for the Parties that, due to the fact that the payments were to be sent out in early 2021, additional time was needed in order to calculate the amount withheld from each payment using tax rates for 2021.

4. Due to the delay in payments stemming from the need to properly account for taxes to be withheld, the settlement payments have not yet issued.

5. The Claims Administrator is working diligently to process the payments as described in the Parties' settlement agreement.

6. The Parties anticipate filing another Joint Report on Disbursements in 14 days, notifying the Court of any additional progress in sending out settlement payments.

    Respectfully submitted,

**WESLEY YOAKUM, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **ABB MOTORS AND MECHANICAL, INC.**

JACKSON LEWIS, P.C.

Amanda J. Fray, Esq.
Ark. Bar No. 2014052
amanda.fray@jacksonlewis.com
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
Telephone: (402) 391-1991

*/s/ Eric R. Magnus*
Eric R. Magnus, Esq.
Georgia Bar No. 801405
eric.magnus@jacksonlewis.com
171 17th Street NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200