IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WESLEY YOAKUM, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 4:20-cv-23-JJV

**ABB MOTORS AND MECHANICAL, INC.**            **DEFENDANT**

## JOINT REPORT ON DISBURSEMENTS

COME NOW Plaintiff Wesley Yoakum, individually and on behalf of all others similarly situated, and Defendant ABB Motors and Mechanical Inc ("ABB" or "Defendant"), by and through their undersigned counsel, and for their Joint Report on Disbursements hereby state as follows:

1. The Parties reached an agreement to settle this case, and this Court approved the parties' settlement agreement in its Order entered December 2, 2020, ECF No. 24, in which it also ordered the parties to provide this Joint Report.

2. The original due date for payments under the Parties' settlement agreement was January 15, 2021.

3. On December 10, 2020, the Claims Administrator notified counsel for the Parties that, due to the fact that the payments were to be sent out in early 2021, additional time was needed in order to calculate the amount withheld from each payment using tax rates for 2021.

4. On February 2, 2021, the Parties filed a Joint Report on Disbursements as requested in the Court's Order dated December 2, 2020. The Report stated that, due to

the tax complications, the payments had been delayed and that another Joint Report would be forthcoming.

5. The Claims Administrator reports that the payments to the members of the collective were sent out on February 10, 2021.

        Respectfully submitted,

        **WESLEY YOAKUM, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

        Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **ABB MOTORS AND MECHANICAL, INC.**

        JACKSON LEWIS, P.C.

        Amanda J. Fray, Esq.
Ark. Bar No. 2014052
amanda.fray@jacksonlewis.com
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
Telephone: (402) 391-1991

        */s/ Eric R. Magnus*
Eric R. Magnus, Esq.
Georgia Bar No. 801405
eric.magnus@jacksonlewis.com
171 17th Street NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200